First Trust & Savings Bank of Peoria, Illinois, appellant, v. Eddie N. Sherman et al., appellees. Gen. No. 7,986.

Opinion filed December 27, 1928.

Ernest J. Galbraith, for appellant. Thomas J. Welch, for appellees.

Mr. Justice Boggs delivered the opinion of the court.

Glenn W. Leahy, defendant in error, v. Eileen Carrott, plaintiff in error. Gen. No. 7,994.

Opinion filed December 27, 1928.

North, Linscott, Gibboney & North, for plaintiff in error. Early & Early, for defendant in error.

Mr. Justice Boggs delivered the opinion of the court.

THIRD DISTRICT.

In re estate of Mary Margaret Thrush.

Petitions of Verna V. Edwards and Imo E. Sackett, appellants, v. Edith Lane, executrix of the estate of Mary Margaret Thrush, deceased, appellee. Gen. Nos. 8,089 and 8,094.

Opinion filed November 21, 1927. Rehearing denied January 4, 1928.

Costigan & Wollrab, for appellants. C. M. Peirce, for appellee.

Mr. Justice Niehaus delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. George Finley, plaintiff in error. Gen. No. 8,123.

Opinion filed January 25, 1928. Rehearing denied April 12, 1928.

Edw. C. Kaburick and Charles A. Karch, for plaintiff in error. Frank M. Ramey, State's Attorney, for defendant in error; Lester K. Vandever, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.